IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 4:15-cr-00085 |
| v. ) | |
| ) | |
| BRADLEY JAMES MCCURDY, ) | AFFIDAVIT |
| ) | |
| Defendant. ) | |

I, Special Agent Christopher Thomas, Iowa Department of Public Safety, Division of Criminal Investigation, state as follows:

1. In my capacity as a Special Agent, I was involved in the investigation of this case.

2. Pursuant to the terms of the Plea Agreement, the Defendant agrees that the property included in the Indictment, property used in the commission of the offense, can be forfeited.

3. The following property seized from the Defendant contained sexually explicit conduct involving children and/or was used in the commission of the offense:

    a.    Black Nokia Windows Cell Phone;
    b.    Blue HTC Cell Phone with 16GB SD Card;
    c.    Samsung Phone, SPH-L710 (SN: 99000212305270); and
    d.    RCA Tablet, RTC6378W2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of December, 2015.

                                            Special Agent Christopher Thomas



GOVERNMENT EXHIBIT A